UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MARVIN H. RICHER and GAIL L. RICHER, | ) | Case No. 10-74803 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF HEARING ON SECOND AND FINAL APPLICATION FOR AN AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

TO:   See attached service list.

Holmstrom & Kennedy, P.C., has filed papers with the Court to seek an Award of Professional Compensation and Expenses in the amount of $29,205.00 for services rendered and expenses incurred in the amount of $166.66 as counsel for Marvin H. Richer and Gail L. Richer, Debtors from October 25, 2011 through January 31, 2012 ("Application").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Second and Final Application for an Award of Professional Compensation and Expenses you or your attorney must:

1. File a written response to the Second and Final Application for an Award of Professional Compensation and Expenses on or before the date set for the hearing on the Motion at:

   Clerk of Court
   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61104

   OR

2. Attend the hearing scheduled to be held on **March 21, 2012 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Rockford, Illinois 61104.

    If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your Response to:

Attorney Bradley T. Koch<br>
Holmstrom & Kennedy, P.C.<br>
P.O. Box 589<br>
Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Second and Final Application for an Award of Professional Compensation and Expenses and may enter an Order granting that relief.

Dated: February 29, 2012

                            Holmstrom & Kennedy, P.C., attorneys for Marvin H. Richer and Gail L. Richer, Debtors,

BY: _____
       One of its Attorneys

ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

# **PROOF OF SERVICE**

The undersigned, being first duly sworn, states that a full copy of the foregoing *Notice of Hearing and Application for an Award of Professional Compensation and Expenses to Holmstrom & Kennedy, P.C.,* were served upon the persons listed below, by first class mail, postage prepaid on the 29th day of February, 2012, as follows:

| | | |
|---|---|---|
| Banco Popular North America<br>Attorney Edmond M. Burke<br>Chuhak & Tecson, P.C.<br>30 South Wacker Drive<br>Suite, 2600<br>Chicago, IL 60606 | Darrel Richter<br>c/o George S. Weems<br>Coman & Anderson P.C.<br>2525 Cabot Dr., Suite 300<br>Lisle, IL 60532 | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Attorney Carole J. Ryczek<br>US Trustees' Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715 | Attorney Raymond J. Ostler<br>Gomberg, Sharfman,<br>Gold & Ostler, P.C.<br>208 S. LaSalle, Suite 1410<br>Chicago, IL 60604 | Attorney Christopher J.<br>Horvay<br>Attorney Mark E. Leipold<br>Gould & Ratner LLP<br>222 N. LaSalle Street,<br>Suite 800<br>Chicago, IL 60601 |
| Jay Wheaton and Tommerco, Inc.<br>c/o Attorney Thomas E. Laughlin<br>6833 Stalter Drive, Suite 204<br>Rockford, IL 61108 | | |

**with a copy of the Notice of Application only** forwarded to the below-named individuals:

| | | |
|---|---|---|
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | Tessendorf Mechanical<br>Services<br>45 Center Drive<br>Gilberts, IL 60136 | Brillance Honda<br>210 N. Rte 31<br>Crystal Lake, IL 60014 |
| Blue Cross Blue Shield of IL<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | Volo Classic Cars, LLC<br>27582 Volo Village Road<br>Volo, IL 60073 | Constellation Newenergy, Inc.<br>and Constellation<br>Newenergy – Gas Division<br>Attn: D. Elaine Conway<br>Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010 |
| Com Ed<br>P.O. Box 6112<br>Carol Stream, IL 60197-6112 | Winona National Bank<br>204 Main Street<br>Winona, MN 55987 | IWM Corporation<br>399 Hammon Ave.<br>Elgin, IL 60120 |

3

Creekside Landscape
Development
P.O. Box 451
Crystal Lake, IL 60039

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Home State Bank
40 Grant Street
Crystal Lake, IL 60014

Fort Dearborn Life Ins. Co.
36788 Eagle Way
Chicago, IL 60678-1367

Friendship House
100 S. Main Street
Crystal Lake, IL 60014

Discover Bank
DFS Services LLC
P.O. Box 3025
New Albany, Ohio 43054

Banco Popular North America
N.A.
Attn: Dan Kinealy
9600 W. Bryn Mawr Ave.
5th Floor
Rosemont, IL 60018

Patrick Morehead
338 Memorial Drive
Crystal Lake, IL 60014

KRW Insurance Agency, Inc.
338 Memorial Drive, Suite 100
Crystal Lake, IL 60014-6262

McHenry Co. Treasurer
2100 N. Seminary Ave.
Woodstock, IL 60098

Tennant Sales & Service Co.
P.O. Box 71414
Chicago, IL 60694-1414

Mercedes Richer - Crouser
4467 Trailside Lane
Castle Rock, CO 80109

Northwestern Lighting
663 Villa Street
Elgin, IL 60120

Attorney Heather M. Forrest
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, TX 75202

Attorney Bruce J. Ruzinsky
Attorney D. Elaine Conway
Jackson Walker, LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77071

Attorney George S. Weems
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532

*Katie Norris*

Subscribed and sworn to before me
this 29th day of February, 2012.

_____
Notary Public

OFFICIAL SEAL
LINDA S. HEDLUND
Notary Public, State of Illinois
My Commission Expires 05/25/14

ATTORNEY BRADLEY T. KOCH - #3122997
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **MARVIN H. RICHER and GAIL L. RICHER,** | ) | Case No. 10-74803 |
| | ) | |
| **Debtors.** | ) | |

## SECOND AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

Holmstrom & Kennedy, P.C. ("Applicant"), attorneys for Marvin H. Richer and Gail L. Richer, Debtors ("Debtors"), for its Second and Final Application for Award of Professional Compensation and Expenses pursuant to Sections 328, 330 and 503(b)(2) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 5082-1, states:

### INTRODUCTION

Debtors commenced this bankruptcy proceeding by filing a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on September 27, 2010. On October 1, 2010, the Debtors filed with the Bankruptcy Court an Application for Employment of Attorneys requesting authorization to retain Applicant as their counsel in this case. On October 27, 2010, after the conduct of a hearing before this Court, an Order was entered approving the employment of Applicant as counsel for the Debtors in this bankruptcy proceeding effective September 27, 2010.

Since the commencement of this bankruptcy proceeding, Applicant has represented the Debtors as bankruptcy counsel in all matters before this Court. This is the second and final Application for an award of professional compensation and expenses by Applicant.

On November 30, 2011, this Court entered an Order approving an award of professional compensation and expenses to Applicant, as counsel for the Debtors, for the period September 27,

2010 through October 24, 2011 in the total amount of $88,661.82. On or about October 24, 2011, the Debtors filed a Second Amended Plan of Reorganization ("Plan") with this Court. On December 28, 2011, this Court entered its Order Confirming Second Amended Plan of Reorganization dated October 18, 2011 in this bankruptcy case.

## ATTORNEYS REPRESENTING DEBTORS

The Debtors have been represented by several attorneys employed by Applicant. The primary attorneys representing the Debtors in this case have been Bradley T. Koch, partner with Applicant, who has practiced before this Court in a variety of matters over a period in excess of thirty (30) years and Kim M. Casey, partner with Applicant, who has practiced before this Court in a variety of matters over a period in excess of twenty (20) years. The applicable hourly rates for the attorneys involved the representation of the Debtors during the time covered by this Application are as follows:

| Bradley T. Koch | $300.00 per hour |
| Kim M. Casey | $300.00 per hour |

## ADMINISTRATION OF CASE

Applicant has continued to provide to the Debtors with a variety of services involving in the administration of their bankruptcy proceeding. The services rendered by Applicant relating to the administration of this bankruptcy include communications with the Office of the United States Trustee and assisting and advising the Debtors in the preparation and filing of month status reports with the Office of the United States Trustee and this Court. Applicant also assisted and advised the Debtors with respect to issues relating to their commercial property at 100 S. Main Street, Crystal Lake, Illinois ("Main Street Property").

The following individuals performed services for the Debtors relating to the administration of their bankruptcy case:

| Attorney Name | Time Spent | Total |
| --- | --- | --- |
| Bradley T. Koch | 14 hours | $4,200.00 |

## PLAN OF REORGANIZATION

Applicant assisted and advised the Debtors in the preparation and filing of a Second Amended Disclosure Statement ("Disclosure Statement") and the Plan with the Bankruptcy Court. On October 31, 2011, the Bankruptcy Court entered an Order approving the Disclosure Statement.

Thereafter, Applicant forwarded the Disclosure Statement, Plan and Ballot to all creditors and parties in interest. Applicant reviewed all Ballots filed by creditors with the Bankruptcy Court with respect to the Plan and prepared a Ballot Report summarizing the voting of creditors upon the Plan which was filed with the Bankruptcy Court. Thereafter, Applicant represented the Debtors in negotiations with a large general unsecured creditor and the preparation and filing of a Modification to the Plan which resulted in the large general unsecured creditor changing its vote to an acceptance of the Plan. As a result, the Plan, as modified by the Modification, was confirmed by an Order entered by the Bankruptcy Court on December 28, 2011.

The following individuals performed services for the Debtors relating to their Plan and Disclosure Statement:

| Attorney Name | Time Spent | Total |
| --- | --- | --- |
| Bradley T. Koch | 24.7 hours | $7,410.00 |

## CLAIM OF WINONA NATIONAL BANK

The Debtors owned certain real property commonly described as 32211/32306 County Road 17, Rushford, Minnesota ("Minnesota Real Estate"). The Minnesota Real Estate consisted of approximately 1,560 acres of farm and timberland. Winona National Bank ("Bank") possessed a mortgage against a portion of the Minnesota Real Estate to secure the repayment of a promissory note executed by the Debtors. Bank commenced a proceeding to foreclose upon its mortgage against the Minnesota Real Estate prior to the commencement of this bankruptcy proceeding.

On or about September 8, 2010, a Sheriff's Sale of the Minnesota Real Estate was conducted which resulted in the issuance of a Sheriff's Certificate of Sale in favor of Bank. Under Minnesota law, the Debtors were allowed twelve (12) months from the date of the Sheriff's Sale to redeem the Minnesota Real Estate. The Debtors believed the value of the Minnesota Real Estate exceeded the amount due to Bank and could generate funds for the reorganization of their business.

As a result, Applicant represented the Debtors in the preparation and filing of a Motion for Authority to Employ Auctioneer to sell the Minnesota Real Estate by public auction ("Auction Motion"). In the Auction Motion, the Debtors requested the Bankruptcy Court to approve their retention of Grafe Auction, Co. ("Grafe") as their auctioneer to sell the Minnesota Real Estate by public auction within sixty (60) days which was consistent with the provisions of their Plan. The Auction Motion was initially considered by the Bankruptcy Court at an emergency hearing on September 8, 2011. Ultimately, on September 23, 2011, the Bankruptcy Court entered an Order approving the retention by the Debtors of Grafe as auctioneer and the sale of the Minnesota Real Estate by a public auction.

On November 15, 2011, a public auction of the Minnesota Real Estate was conducted by Grafe consistent with the provisions of the Auction Order. The auction sale of the Minnesota Real Estate was successful. Thereafter, Applicant prepared a Motion to Approve Auction Sale and Report which requested this Court to approve the auction sale of the Minnesota Real Estate and the report of Grafe reflecting the results of the auction sale of the Minnesota Real Estate. On November 30, 2011, this Court entered an Order approving the auction sale of the Minnesota Real Estate to two separate purchasers for a total purchase price of $3,914,768.00. The proceeds derived from the sale of the Minnesota Real Estate were sufficient to pay the claim of Bank in full.

Applicant represented the Debtors in all matters relating to the sale of the Minnesota Real Estate before this Court. In addition, Applicant assisted the Debtors' special real estate counsel, Attorney Michael D. Bernatz, in the closing of the sale of the Minnesota Real Estate to insure that the sale of the Minnesota Real Estate was closed in compliance with all of the terms and conditions of the Auction Order and the Order entered by this Court approving the auction sale and report.

The following individuals performed services for the Debtors relating to the auction sale of the Minnesota Real Estate:

| Attorney Name | Time Spent | Total |
| --- | --- | --- |
| Bradley T. Koch | 36.50 hours | $10,950.00 |
| Kim M. Casey | 10.95 hours | $3,285.00 |

**Claim of Home State Bank**

One of the Debtors primary secured creditors is Home State Bank which possessed a mortgage against the Main Street Property. The Plan required certain documents to be prepared and deposited into escrow so as to transfer the Main Street Property to Home State Bank in the event of a default by the Debtors in their obligations to Home State Bank pursuant to the Plan. Applicant has

5

assisted the Debtors in the preparation and completion of the documents to be executed in favor of Home State Bank and deposited into escrow consistent with the provisions of the Plan.

The following individuals performed services for the Debtors relating to the claim of Home State Bank:

| Attorney Name | Time Spent | Total |
|---|---:|---:|
| Bradley T. Koch | .50 hours | $150.00 |
| Kim M. Casey | .50 hours | $150.00 |

### Adversary Proceedings – Equity Participation Agreements

Marvin H. Richer is a party to Equity Participation Agreements ("Equity Agreements") with the following entity and individuals and in the following amounts:

| DATE | PARTY | AMOUNT |
|---|---|---|
| November 25, 2005 | Patrick Morehead | $700,000.00 |
| March 26, 2007 | Patrick Morehead | $300,000.00 |
| March 21, 2007 | Tommerco, Inc. | $150,000.00 |
| December 27, 2007 | Darrel Richter | $100,000.00 |
| June 14, 2008 | Jay Wheaton | $100,000.00 |

The Equity Agreements purport to grant each of the parties the right to share in the net sales proceeds, as defined in the Equity Agreements, derived from the sale or exchange of the Main Street Property. It was unclear from the Equity Agreements the legal nature of the claim that is granted to each party to the Equity Agreements. As a result, Applicant represented the Debtors in a commencement of adversary proceedings against the parties to the Equity Agreements through the filing of an Adversary Complaint and Objection to each of the claims of the parties to the Equity

6

Agreements which requested, in part, a determination from the Court as to the nature and extent of the claim possessed by each of the parties to the Equity Agreement.

The following individuals performed services for the Debtors relating to the adversary proceedings commenced against the parties to the Equity Agreements:

| Attorney Name | Time Spent | Total |
|---|---|---|
| Bradley T. Koch | 10 hours | $3,000.00 |
| Kim M. Casey | .20 hours | $60.00 |

### Description of Compensation

Applicant has expended the following hours in advising and representing the Debtors with respect to their bankruptcy proceeding from October 25, 2011 through January 31, 2012:

| Attorney Name | Time Spent | Total |
|---|---|---|
| Bradley T. Koch | 85.70 hours | $25,710.00 |
| Kim M. Casey | 11.65 hours | $3,495.00 |
| Total: | 97.35 | $29,205.00 |

Additionally, during the period covered by this Application, Applicant has disbursed the actual and necessary costs and expenses in the amount of $466.66. A complete itemized statement of services rendered and disbursements made on behalf of the Debtors related to this bankruptcy proceeding is attached hereto as Exhibit A and incorporated by reference.

The rates charged by Applicant are the usual and customary hourly rates charged by Applicant to other clients. The amounts requested are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of services rendered; (b) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code. This is Applicant's second and final fee Application as counsel for the Debtors in this case.

7

WHEREFORE, Holmstrom & Kennedy, P.C., respectfully requests the entry of an Order by this Court containing the following relief:

A.   Awarding professional compensation in the amount of $29,205.00 and reimbursement of expenses in the amount of $466.66 to Holmstrom & Kennedy P.C. for services rendered and expenses incurred from October 25, 2011 through January 31, 2012;

B.   Authorizing and directing Marvin H. Richer and Gail L. Richer, Debtors to pay to Holmstrom & Kennedy, P.C. allowed professional compensation and expenses in the amount of $29,671.66; and

C.   For such other and further relief as the Court deems just and equitable.

Dated: February 29, 2012

Marvin H. Richer and Gail L. Richer, Debtors,

BY:   HOLMSTROM & KENNEDY, P.C.
      Their Attorneys

BY:   _____
      One of its Attorneys

BRADLEY T. KOCH - #3122997
KIM M. CASEY - #6181726
JOCELYN L. KOCH - #6298482
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

8